

# IN THE
# TENTH COURT OF APPEALS

## No. 10-21-00316-CV

**WEBBER, LLC,**

         **Appellant**

**v.**

**RAUL MAYA, ALEIDA MAYA, INDIVIDUALLY
AND AS NEXT FRIEND OF D.M., A MINOR,
ERMAN BENITES AND ARMIN BENITES,**

         **Appellees**

### From the 66th District Court
### Hill County, Texas
### Trial Court No. CV350-17

## MEMORANDUM OPINION

Appellant Webber, LLC's Unopposed Motion to Dismiss Appeal was filed on August 24, 2022. Appellant asserts that the "matter has been resolved" and moves to dismiss the appeal. Appellees are not opposed to the motion.

Accordingly, appellant's motion to dismiss is granted. TEX. R. APP. P. 42.1(a)(1). Costs are taxed against appellant. *Id.* (d).

TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Johnson, and
     Justice Smith
Motion granted
Opinion delivered and filed August 31, 2022
[CV06]

